# Third District Court of Appeal

## State of Florida

Opinion filed December 1, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1935
Lower Tribunal No. 20-18287
_____

**Camp Construction, Inc., etc.,**
Appellant,

vs.

**Segner Properties, LLC, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Gina Beovides, Judge.

Martinez Morales, LLC, and Raul Morales, and Angela Bousalis, for appellant.

Lehtinen Schultz, PLLC, and Claudio Riedi, for appellee.

Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.